# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 22-CR-71

ANTOINE L. JACKSON,

    Defendant.

## RECOMMENDATION

On July 11, 2022, Antoine L. Jackson, pro se, filed a motion to suppress. (ECF No. 10.) He also filed a letter where he states that his attorney does not want to file a motion to suppress, and so asks Judge Adelman to consider his motion. (ECF No. 11.) He also states that he wants to keep his speedy trial date of September 6, 2022. (ECF No. 11.)

As noted, Jackson is represented by counsel in this action. The court generally does not permit defendants to engage in "hybrid representation" whereby they are represented by counsel in some aspects of the case and proceed pro se for other matters. *See United States v. Patterson*, 576 F.3d 431, 436 (7th Cir. 2009). A defendant does not have a right to hybrid representation. *Id.* (citing *United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998)).

Jackson is represented by able and experienced counsel. Decisions as to whether to file motions and, if so, which motions to file are matters for counsel. Jackson has not presented an adequate basis for permitting hybrid representation in this action. From the bare allegations contained in Jackson's pro se motion, the court can readily recognize why counsel might conclude that such a motion would be without merit.

Nor has Jackson indicated that he wishes to represent himself.

**IT IS THEREFORE RECOMMENDED** that Jackson's pro se motion to suppress (ECF No. 10) be dismissed.

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Fed. R. Crim. P. 59(b)(2), any written objection to any recommendation herein or part thereof shall be filed within fourteen days of service of this recommendation or prior to the Final Pretrial Conference, whichever is earlier. Failure to timely object waives a party's right to review.

Dated at Milwaukee, Wisconsin this 15th day of July, 2022.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge